**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

DONNA J. BARNHART,

            Respondent

        v.

JONATHAN L. BARNHART,

            Petitioner

:   No. 85 WAL 2016
:
:
:
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 29th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.